UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WAYMAN KAUA,<br><br>   Petitioner - Appellee,<br><br>v.<br><br>CLAYTON FRANK, Warden, Halawa Correctional Facility; et al.,<br><br>   Respondents - Appellants. | No. 05-15059<br>D.C. No. CV-03-00432-SOM/BMK<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Wednesday, January 11, 2006



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 03 2006

Deputy Clerk